# 240672

## UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OFFICE OF THE CLERK

U.S. COURTHOUSE
300 SOUTH 4TH STREET, SUITE 202
MINNEAPOLIS, MN 55415

FRANCIS E. DOSAL, CLERK
(612) 664-5000

Case Number: 01-CV-848 JMR/FLN

### PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, Amy R. Freestone, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice Diane M. Kehl, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the defendant ABN AMRO Mortgage Group, Inc. in the cause listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

6/6/01 (Date)

Amy Freestone (Signature)

Minnesota Attorney
License Number: 285493

Law Firm: Faegre & Benson LLP
Suite/Bldg: 2200 Wells Fargo Center
Street Address: 90 South Seventh Street
City, State Zip: Minneapolis, MN 55402
Telephone: (612) 766-7000

Affidavit of Proposed Admittee

I, Diane M. Kehl, am currently a member in good standing of the bar of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: 01-CV-848 JMR/FLN Judge Assigned: James Rosenbaum
Case Title: David and Susan Johnson, and all others similary situated v. ABN AMRO Mortgage Group, Inc. and Standard Federal Bank

6-6-2001 (Date)
Diane Kehl (Type/Print Name)
Diane M Kehl (Signature)

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 (Social Security No.)
6189517 (Atty. License No.)
05/09/85 (Dates of Admission)

Law Firm: Vedder, Price, Kaufman & Kammholz
Street Address: 222 North LaSalle Street
City, State Zip: Chicago, Illinois, 60601
Telephone: (312) 609-7500

Motion Granted: Francis E. Dosal
For the Court, Francis E. Dosal, Clerk

JUN 07 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

M2:20390670.01

FILED JUN 07 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK