UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Johnson and Susan Johnson,

Plaintiffs,

v.

ABN AMRO Mortgage Group, Inc.
and Standard Federal Bank,

Defendants.

Civil 01-848 JMR/FLN

ORDER

---

The above referenced matter is before the undersigned Magistrate Judge on the parties' joint motion for continuance of the scheduling conference scheduled for April 2, 2002. Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED that the joint motion [#17] is GRANTED. The scheduling conference has been rescheduled for July 16, 2002, at 9:00 a.m. before the undersigned. Counsel are reminded to follow the instructions outlined in the notice dated March 11, 2002.

DATED: March 26, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK