**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LONNIE GLOVER, ET AL.,
Plaintiffs,

v.

Civil No. 97-2068 (DWF/SRN)

STANDARD FEDERAL BANK, ET AL.,
Defendants.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

DAVID JOHNSON, ET AL.,
Plaintiffs,

v.

Civil No. 01-848 (JEL/JGL)

ABN AMRO MORTGAGE GROUP, INC., ET AL.,
Defendants.

Case No. 97-2068 (DWF/SRN) having been assigned to Judge Donovan W. Frank and Case No. 01-848 (JEL/JGL) having later been assigned to Judge Joan Ericksen Lancaster, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-848 (JEL/JGL) be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed May 30, 2002.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: June 26, 2002

JOAN ERICKSEN LANCASTER
Judge of United States District Court

Dated: June 26, 2002

DONOVAN W. FRANK
Judge of United States District Court

JUN 26 2002
Filed ______________
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Donovan W. Frank
and
Magistrate Judge Susan R. Nelson

NEW CASE INFORMATION 01-848 DWF/SRN
Please use this case information for all further filings.