UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID JOHNSON and )
SUSAN JOHNSON, )
and all others similarly situated, )
)
Plaintiffs, )
)
vs. ) NO. 0:01CV848(DWF/SRN)
)
ABN AMRO MORTGAGE GROUP, INC.)
AND STANDARD FEDERAL BANK, )
)
Defendants. )

**CONSENT ORDER TO STAY PROCEEDINGS AND ORDER**

**COME NOW** counsel for the Plaintiffs and Defendants and request that the Court stay all proceedings in this matter until the resolution of the Petition for a Writ of Certiorari and any subsequent United States Supreme Court proceedings in the related matter of Glover v. Standard Federal, et al., No. 97-2068 (DWF/SRN).

Agreed to this 2nd day of July, 2002.

C. Neal Pope, Esq.
Georgia Bar No. 583769
Teresa Pike Tomlinson, Esq.
Georgia Gar No. 466930
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, LLP
318 11th Street, 2nd Floor
P. O. Box 2128
Columbus, GA 31902-2128
(706) 324-0050
COUNSEL FOR PLAINTIFFS

Diane M. Kehl, Esq.
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Chicago, Illinois 60601-1003
(312) 609-7500

James A. O'Neal
Amy R. Freestone
Faegre & Benson, LLP
2200 Norwest Center, 90 S. Seventh St.
Minneapolis, MN 55402-3901
(612) 336-3199
COUNSEL FOR ABN AMRO MORTGAGE GROUP, INC.

JUL 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Margaret Savage, Esq.
Briggs and Morgan
2200 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 223-6651
COUNSEL FOR STANDARD FEDERAL

**IT IS SO ORDERED** this 3rd day of July, 2002.

Donovan W. Frank
United States District Court Judge