UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID JOHNSON and SUSAN JOHNSON,

Plaintiffs,

v.

Civil No. 01-848 DWF-SRN

STANDARD FEDERAL BANK and ABN AMRO MORTGAGE GROUP, INC.,

Defendants.

**ORDER**

This matter came on for consideration before the undersigned upon the parties' Joint Stipulation for Dismissal of this action. Based upon said Stipulation, and upon the files, records, and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the parties' Stipulation for Dismissal is approved.

IT IS FURTHER ORDERED that the claims asserted by Plaintiffs David Johnson and Susan Johnson against Defendants Standard Federal Bank, n/k/a Standard Federal Bank, National Association, and ABN AMRO Mortgage Group, Inc. are dismissed with prejudice, each party to bear its own costs.

IT IS FINALLY ORDERED that the Court maintain jurisdiction with respect to disputes or enforcement proceedings concerning the settlement for a period of one year from the date of this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 5, 2003

Honorable Donovan W. Frank
Untied States District Court Judge

FILED MAR - 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 0 5 2003
DEPUTY CLERK

1500135v1